IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD JOSEPH HOLLINGSWORTH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KIM TOBIAS THOMAS, *et al.*, ) <br> ) <br> Defendants. ) | CASE NO.  2:12-cv-472-TMH <br> [wo] |

**OPINION and ORDER**

On July 9, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 23).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the Plaintiff's Motion for Preliminary Injunction is hereby DENIED, and that this case is referred back to the Magistrate Judge for additional proceedings.

DONE this 28th day of August, 2012.

                                              /s/ Truman M. Hobbs
                                              TRUMAN M. HOBBS
                                              SENIOR UNITED STATES DISTRICT JUDGE